[No. 11585.  Department Two.  January 31, 1914.]

THE STATE OF WASHINGTON, *on the Relation of Thorwald Siegfried,
Plaintiff,* v. THE SUPERIOR COURT FOR KING COUNTY *et al.,
Respondents.*[2]

Application filed in the supreme court September 30, 1913, for a
writ of prohibition to the superior court for King county, Humph-
ries, J., to compel the transfer of a cause to another judge. Writ
issued.

*Thorwald Siegfried, pro se.*

*H. E. Foster,* for respondent.

PER CURIAM.—On September 13, 1913, H. E. Foster, as deputy
prosecuting attorney in and for King county, filed in the superior
court of said county an affidavit charging the relator, Thorwald
Siegfried, with a constructive contempt, committed out of the pres-
ence of the court. The relator, being cited to appear before the
respondent Honorable John E. Humphries, judge of the superior
court, and answer the charge, at once and prior to further pro-
ceedings, moved the respondent to transfer the cause to another de-
partment of the court, or to call another judge to hear the charge,

[1]Reported in 137 Pac. 808.

[2]Reported in 138 Pac. 293.

or to apply to the governor to send another judge to hear the same. The motion, which was properly supported by affidavit of prejudice, was denied by respondent. Relator thereupon applied to this court for a writ to prohibit respondent from proceeding further in the cause, other than to grant the motion.

The record and proceedings herein are substantially the same as those in cause number 11617, *State ex rel. Russell v. Superior Court, ante* p. 631, 138 Pac. 291, in which an opinion has been filed on this date. For reasons therein set forth, it is ordered that a peremptory writ be issued.